UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-mj-04044 |
| | ) | |
| SULIANA DIAZ-AROZCO | ) | MAGISTRATE JUDGE BRYANT |

## GOVERNMENT'S MOTION TO AMEND COMPLAINT
### WITH RESPECT TO CORRECT SPELLING OF DEFENDANT'S NAME

As the government advised during the defendant's initial appearance in this matter, the government has learned that the correct spelling of her last name is "**Diaz-Orozco**." The government requests that the complaint and style in this case be amended and corrected to reflect that proper spelling of defendant's name, to which counsel for defendant has advised there is no opposition.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney

s/Hilliard H. Hester
HILLIARD H. HESTER
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151